■ JENNY E. HASHEM, Appellant, v SAMER H. HASHEM, Respondent.—Order unanimously affirmed without costs. Memorandum: Family Court properly dismissed the mother's petition under the Uniform Child Custody Jurisdiction Act for modification of a Pennsylvania custody decree. New York is preempted by the Parental Kidnaping Prevention Act from exercising jurisdiction because the custody proceeding is pending in Pennsylvania and the father continues to reside there. The Pennsylvania court specifically retained jurisdiction in the initial custody order and has not declined to exercise its jurisdiction in the present matter *(see,* 28 USC § 1738A [a], [d], [f], [g]; *Clark v Boreanaz,* 159 AD2d 981; *Matter of Tenenbaum v Sprecher,* 133 AD2d 371, 372-373; *cf., Matter of Heitler v Hoosin,* 143 AD2d 1018, 1019-1020; *see also,* Sobie, Practice Commentaries, McKinney's Cons Laws of NY, Book 14, Domestic Relations Law § 75-o, at 349-350). (Appeal from order of Erie County Family Court, Sedita, J.—custody.) Present—Boomer, J. P., Green, Pine, Davis and Lowery, JJ.

■ RONALD CZEKALSKI, Respondent, v LOUISE CZEKALSKI, Appellant.—Judgment insofar as appealed from unanimously affirmed with costs. Memorandum: Defendant wife appeals from a judgment of divorce insofar as it awarded her maintenance of $50 per week for two years. She argues on appeal that the amount and duration of the award are inadequate and that the court failed to set forth the factors it considered, as required by Domestic Relations Law § 236 (B) (6) (b). The Judicial Hearing Officer was appointed to hear and determine the issues of maintenance, equitable distribution and counsel fees. We find that he adequately set forth the factors he considered in awarding maintenance, and we find no basis to disturb his award. Defendant failed to produce proof that she is entitled to more maintenance than she received. (Appeal from judgment of Supreme Court, Erie County, Wolf, J.—divorce.) Present—Boomer, J. P., Green, Pine, Davis and Lowery, JJ.